MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone:  (661) 616-2141
Facsimile:  (661) 322-7675

Attorney for the Defendant
Nazem Alnajar

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:18-cr-000135 DAD-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
| v. | |
| YOUSEF ALNAJAR, NAZEM ALNAJAR, and BANDAR ALNAJAR, | DATE: January 14, 2019 TIME:  1:00 p.m. JUDGE: Hon. Barbara A. McAuliffe |
| Defendants. | |

**STIPULATION**

COMES NOW, Defendant, Nazem Alnajar, by and through his attorney of record, Monica L. Bermudez, Youseff Alnajar, by and through his attorney of record, Bandar Alnajar, by and through his attorney of record and The United States of America, by and through its counsel of record hereby stipulate as follows:

1. By previous order, this matter was set for status on September 10, 2018 at 1:00 p.m.

2. By this stipulation, defendants now move to continue the status conference until **January 14, 2019 at 1:00 p.m.** before Judge McAuliffe, and to exclude time between the date of this stipulation and January 14, 2019 under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii)

1

and (iv).  The government joins in this request.

    3.      The parties agree and stipulate, and request that the Court find the following:

    a.      The discovery associated with this case currently includes over 1,400 pages of Bates stamped discovery, including items seized by search warrant, investigative reports and related documents.

    b.      Counsel for defendants desire additional time in preparation of this case.  Defense counsel needs additional time to conduct further investigation, continue to review the extensive and voluminous discovery, communicate with their clients, and have settlement negotiations with the government.  Thus, the requested continuance will conserve time and resources for the parties and the Court.

    c.      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d.      The government does not object to, and agrees with, the requested continuance.

    e.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to January 14, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

    4.      Nothing in this stipulation and order shall preclude a finding that other provisions of

the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

DATED:  August 31, 2018

          /s/ Ty Kharazi
          TY KHARAZI
          Counsel for Defendant
          YOUSEF ALNAJAR

DATED:  August 31, 2018

          /s/ Monica L. Bermudez
          MONICA L. BERMUDEZ
          Counsel for Defendant
          NAZEM ALNAJAR

DATED:  August 31, 2018

          /s/ David A. Torres
          DAVID A. TORRES
          Counsel for Defendant
          BANDAR SALEH

DATED:  August 31, 2018

          /s/Grant Rabenn
          GRANT RABENN
          Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED that the 1st Status Conference is continued from September 10, 2018 to January 14, 2019 at 1:00 PM before Magistrate Judge Barbara A. McAuliffe. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv).

IT IS SO ORDERED.

Dated:   **September 4, 2018**         /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE