**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
BANDAR ALNAGGAR

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BANDAR ALNAGGAR,<br><br>Defendant | ) Case No.: 18-CR-00135 DAD-BAM<br>)<br>)<br>) **DEFENDANT'S REQUEST AND**<br>) **WAIVER OF APPEARANCE; ORDER**<br>)<br>)<br>)<br>)<br>) |

    Defendant, BANDAR ALNAGGAR, hereby waives his appearance in person in open court upon the Status Conference set for Monday, January 14, 2019 in Courtroom 8 of the above entitled court. Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: January 8, 2019                          */s/Bandar Alnaggar*
                                                        BANDAR ALNAGGAR


Date: January 8, 2019                          */s/David A. Torres*
                                                        DAVID A. TORRES,
                                                         Attorney for Defendant

**ORDER**

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant BANDAR ALNAGGAR is hereby excused from appearing at this court hearing scheduled for January 14, 2019.

IT IS SO ORDERED.

Dated:   **January 9, 2019**             /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE