**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
BANDAR ALNAGGAR

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>BANDAR ALNAGGAR,<br><br>         Defendant | Case No.: 18-CR-00135 DAD-BAM<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE; ORDER** |

Defendant, BANDAR ALNAGGAR, hereby waives his appearance in person in open court upon the Status Conference set for Monday, April 22, 2019 in Courtroom 8 of the above entitled court. Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: April 16, 2019                                            */s/Bandar Alnaggar*_____
                                                                                BANDAR ALNAGGAR


Date: April 16, 2019                                            */s/David A. Torres*_____
                                                                                DAVID A. TORRES,
                                                                                Attorney for Defendant

DEFENDANTS REQUEST AND WAIVER OF APPEARANCE  −  1

## **ORDER**

**IT IS HEARBY ORDERED** that defendant BANDAR ALNAGGAR is hereby excused from appearing at this court hearing scheduled for April 22, 2019.

IT IS SO ORDERED.

Dated: **April 18, 2019**         /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE