**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
BANDAR ALNAGGAR

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BANDAR ALNAGGAR,<br><br>Defendant | Case No.: 18-cr-00135-DAD-BAM<br><br>**DEFENDANT'S REQUEST AND WAIVER OF APPEARANCE; ORDER** |

Defendant, BANDAR ALNAGGAR, hereby waives his appearance in person in open court upon the Status Conference set for Monday, August 12, 2019 in Courtroom 8 of the above entitled court. Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: July 31, 2019          /s/Bandar Alnaggar
                             BANDAR ALNAGGAR


Date: July 31, 2019          /s/David A. Torres
                             DAVID A. TORRES,
                             Attorney for Defendant

# **ORDER**

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant BANDAR ALNAGGAR is hereby excused from appearing at this court hearing scheduled for August 12, 2019.

IT IS SO ORDERED.

Dated: __**August 5, 2019**__       ___/s/ *Barbara A. McAuliffe*___
                                         UNITED STATES MAGISTRATE JUDGE