| | |
|---|---|
| TORRES \| TORRES STALLINGS AND ASSOCIATES<br>David A. Torres, SBN135059<br>1318 K. Street<br>Bakersfield, CA 93301<br>Tel: (661)326-0857<br>Fax: (661)326-0936<br>Email: dtorres@lawtorres.com | |

Attorney for:
BANDAR SALEH ALNAGGAR

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BANDAR SALEH ALNAGGAR,<br><br>Defendants. | Case No. 18-CR-00135 DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA MCAULIFFE AND GRANT RABENN, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, BANDAR ALNAGGAR, by and through his attorney of record, DAVID A. TORRES hereby requesting that the status conference hearing currently set for March 9, 2020, to be continued to April 13, 2020.

AUSA Grant Rabenn has sent a proposed plea agreement to Mr. Bandar. Mr. Bandar and I have reviewed said plea agreement, however, issues have surfaced which will affect his ability to accept a plea agreement at this time. In an abundance of caution, Mr. Bandar needs additional time to consult with immigration attorneys regarding his status Based upon the foregoing, the defense is seeking a continuance of the status conference. In the event a resolution is achieved, Mr. Bandar will set the matter for a Change of Plea hearing. I have spoken to AUSA Grant Rabenn and co-counsel, and they have no objection to continuing the status conference hearing.

The parties also agree the delays resulting from the continuance shall be excluded in the

1

interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (I)(V) because it results from a continuance granted by the Court at defendants request in the basis of the Courts finding that the ends of justice served by taking such action outweigh the best interest od the public and the defendant in a speedy trial act.

**IT IS SO STIPULATED.**

DATED: March 4, 2020, 2020

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
BANDAR SALEH ALNAGGAR

DATED: March 4, 2020

*/s/Grant Rabenn*
GRANT RABENN
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED that the 4th Status Conference is continued from March 9, 2020 to **May 11, 2020 at 1:00 PM before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (I)(V).

IT IS SO ORDERED.

Dated: **March 4, 2020**              /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE