1  TORRES | TORRES AND ASSOCIATES
2  David A. Torres, SBN135059
   1318 K. Street
3  Bakersfield, CA 93301
   Tel: (661)326-0857
4  Fax: (661)326-0936
   Email: dtorres@lawtorres.com
5
6  Attorney for:
   BANDAR SALEH ALNAGGAR

7                    UNITED STATES DISTRICT COURT
8                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,            Case No. 18-CR-00135 DAD-BAM
11          Plaintiff,
12      v.                               STIPULATION AND ORDER TO
                                         CONTINUE THE STATUS CONFERENCE
13  BANDAR SALEH ALNAGGAR,
14
15          Defendants.

16  TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA
17  A. MCAULIFFE AND GRANT RABENN, ASSISTANT UNITED STATES
18  ATTORNEY:
19      **COMES NOW** Defendant, BANDAR SALEH ALNAGGAR, by and through his
20  attorney of record, DAVID A. TORRES hereby requesting that the status conference hearing
21  currently set for Monday, May 11, 2020, to be continued to September 14, 2020.
22      In light of the restrictions of the General Orders 610-617 regarding the coronavirus
23  (COVID-19), counsel is requesting that this matter be continued the to the requested date to
24  permit the defense time to review the discovery in this matter and to consider the proposed plea
25  provide by the government. I have spoken to co-counsel, Monica Bermudez and AUSA, Grant
26  Rabenn, and he has no objection to continuing the status conference hearing.
27      The parties also agree the delays resulting from the continuance shall be excluded in the
28  interest of justice pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

                                       1

///

**IT IS SO STIPULATED.**

                                                    Respectfully Submitted,

DATED: 4/30/20　　　　　　　　　　　　*/s/ David A Torres*
　　　　　　　　　　　　　　　　　　　DAVID A. TORRES
　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　BANDAR SALEH ALNAGGAR


DATED: 4/30/20　　　　　　　　　　　　*/s/Grant B. Rabenn*
　　　　　　　　　　　　　　　　　　　GRANT B. RABENN
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED that the Status Conference is continued from May 11, 2020 to **September 14, 2020 at 1:00 PM before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

IT IS SO ORDERED.

Dated:  **May 1, 2020**　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2