TORRES | TORRES STALLINGS AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
BANDAR SALEH ALNAGGAR

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BANDAR SALEH ALNAGGAR,<br><br>Defendants. | Case No. 18-CR-00135 DAD-BAM<br><br>AMENDED STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA MCAULIFFE AND GRANT RABENN, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, BANDAR ALNAGGAR, by and through his attorney of record, DAVID A. TORRES hereby requesting that the status conference hearing currently set for September 14, 2020, to be continued to December 14, 2020.

AUSA Rabenn and I have engaged in numerous discussions regarding the above-captioned matter. There are several obstacles which have prevented the defendant from proceeding with a plea agreement. A counter-offer has been made. AUSA Rabenn noted that additional time is necessary to convey and discuss said counter-offer with his supervisors. In additions, could is requiring time to review an offer and investigate the facts of the case related to the offer. Defendant Al-naggar is prepared to exclude time to December 14, 2020.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (I)(V) because it

1

results from a continuance granted by the Court at defendants request in the basis of the Courts finding that the ends of justice served by taking such action outweigh the best interest od the public and the defendant in a speedy trial act.

**IT IS SO STIPULATED.**

DATED: September 8, 2020

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
BANDAR SALEH ALNAGGAR

DATED: September 8, 2020

*/s/Grant Rabenn*
GRANT RABENN
Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED that the Status Conference is continued from September 14, 2020, to **December 14, 2020, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (I)(V).

IT IS SO ORDERED.

Dated:   **September 8, 2020**        /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE