PHILLIP A. TALBERT
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BANDAR GAMAL SALEH ALNAGGAR (4),<br><br>Defendant. | CASE NO. 1:18-CR-00135-DAD-BAM<br><br>JOINT STATUS REPORT AND STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER<br><br>DATE: February 23, 2022<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

This case is set for status conference on February 23, 2022. As set forth below, the parties now move, by stipulation, to set trial at a date convenient for the Court in November 2022, perhaps November 14, 2022, with a trial confirmation hearing on September 26, 2022[1]. The parties estimate the trial will take roughly 3 court days.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for status on February 23, 2022.

2.  By this stipulation, defendant now moves to set trial in November 2022, and to exclude time between February 23, 2022, and the November 2022 trial date set by the Court, under Local Code

---

[1] These dates (November 14, 2022 and September 26, 2022) are the same dates as another criminal case, United States v. Lopez Alcala (1:19-cr-25-DAD), but the government anticipates one, if not both, of these cases will resolve prior to trial.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The undersigned government counsel substituted into this case in 2021 after prior government counsel left Federal service. Defense counsel and new government counsel believe they will be able to resolve this case prior to trial, and continue to work on a resolution.

    b) The government has represented that the discovery associated with this case includes numerous investigative reports, videos, and pictures. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    c) Counsel for defendant desires additional time to consult with his client, review the charges, conduct investigation and research, review discovery and discuss potential resolution of the case. The COVID-19 pandemic has and continues to make certain tasks, such as client meetings, meetings with the government, and case investigation more difficult and more time consuming.

    d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e) The government does not object to the continuance.

    f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 23, 2022 to the November 2022 trial date set by the Court, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

must commence.

IT IS SO STIPULATED.

Dated: February 17, 2022    PHILLIP A. TALBERT
Acting United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: February 17, 2022    /s/ David Torres
David Torres
Counsel for Defendant
Bandar Gamal Saleh Alnaggar (4)

## ORDER

IT IS SO ORDERED that the status conference set for February 23, 2022, is vacated. A jury trial is set for **November 15, 2022, at 8:30 a.m. before District Judge Dale A. Drozd**. Estimated time of trial is **3 days**. A trial confirmation is set for **October 31, 2022, at 10:00 a.m. before District Judge Dale A. Drozd**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **February 17, 2022**    /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT