PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:18-CR-00135-ADA-BAM |
| Plaintiff, | |
| v. | STIPULATION TO VACATE TRIAL DATE AND SET CHANGE OF PLEA;  ORDER |
| BANDAR GAMAL SALEH ALNAGGAR (4), | DATE: November 15, 2022 |
| Defendant. | TIME: 8:30 a.m. COURT: Hon. Ana de Alba |

This case is set for trial on November 15, 2022 with a trial confirmation hearing on October 31, 2022.

As set forth below, the parties now move, by stipulation, to vacate the trial date and trial confirmation hearing, and set the matter for change of plea on December 12, 2022 at 8:30 am, and exclude time under the Speedy Trial Act through December 12, 2022.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for trial on November 15, 2022.

2.      The parties are close to a resolution and working out the final details of the plea agreement.  Because both the government and Defendant are confident the case will be resolving by plea, the parties believe that substantial judicial economy will result by vacating the trial date and setting

STIPULATION TO VACATE TRIAL DATE AND SET
CHANGE OF PLEA HEARING

1

1  the matter for change of plea.

2    3.    The parties agree and stipulate, and request that the Court find the following:

3      a)    The undersigned government counsel substituted into this case in 2021 after prior

4  government counsel left Federal service.

5      b)    The government has represented that the discovery associated with this case

6  includes numerous investigative reports, videos, and pictures. All of this discovery has been

7  either produced directly to counsel and/or made available for inspection and copying.

8      c)    To prepare for a change of plea hearing and sentencing, Counsel for defendant

9  desires additional time to consult with his client, review the charges, conduct investigation and

10  research, and review discovery.  The COVID-19 pandemic has and continues to make certain

11  tasks, such as client meetings, meetings with the government, and case investigation more

12  difficult and more time consuming.

13      d)    Counsel for defendant believes that failure to grant the above-requested

14  continuance would deny him/her the reasonable time necessary for effective preparation, taking

15  into account the exercise of due diligence.

16      e)    The government does not object to the continuance.

17      f)    Based on the above-stated findings, the ends of justice served by continuing the

18  case as requested outweigh the interest of the public and the defendant in a trial within the

19  original date prescribed by the Speedy Trial Act.

20      g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

21  et seq., within which trial must commence, the time period of November 15, 2022 to December

22  12, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

23  Code T4] because it results from a continuance granted by the Court at defendant's request on

24  the basis of the Court's finding that the ends of justice served by taking such action outweigh the

25  best interest of the public and the defendant in a speedy trial.

26  ///

27  ///

28  ///

STIPULATION TO VACATE TRIAL DATE AND SET
CHANGE OF PLEA HEARING

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3   must commence.

4        IT IS SO STIPULATED.

5
6    Dated:  October 18, 2022                    PHILLIP A. TALBERT
                                                 United States Attorney

7
8                                                /s/ JEFFREY A. SPIVAK
                                                 JEFFREY A. SPIVAK
                                                 Assistant United States Attorney
9

10
11   Dated:  October 18, 2022                    /s/ David Torres
                                                 David Torres
12                                               Counsel for Defendant
                                                 Bandar Gamal Saleh Alnaggar (4)

13

14

15
                                     **ORDER**
16

17

18  IT IS SO ORDERED.

19
        Dated:    October 19, 2022    _____
20                                    UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

STIPULATION TO VACATE TRIAL DATE AND SET              3
CHANGE OF PLEA HEARING