PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BANDAR GAMAL SALEH ALNAGGAR (4),<br><br>Defendant. | CASE NO. 1:18-CR-00135-ADA-BAM<br><br>STIPULATION TO CONTINUE CHANGE OF PLEA;  ORDER<br><br>DATE: December 12, 2022<br>TIME: 8:30 a.m.<br>COURT: Hon. Ana de Alba |

This case is set for change of plea on December 12, 2022.

As set forth below, the parties now move, by stipulation, to continue the change of plea hearing from December 12, 2022 at 8:30 am to February 13, 2023, and exclude time under the Speedy Trial Act through February 13, 2023.  While the parties have reached a resolution of the case, defendant needs additional time to prepare for the change of plea hearing and conduct research one remaining legal issue.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for change of plea on December 12, 2022.

2. The parties have reached a resolution of the case, defendant needs additional time to prepare for the change of plea hearing and conduct research one remaining legal issue.

3. The parties agree and stipulate, and request that the Court find the following:

STIPULATION TO CONTINUE CHANGE OF PLEA HEARING      1

a) The undersigned government counsel substituted into this case in 2021 after prior government counsel left Federal service.

b) The government has represented that the discovery associated with this case includes numerous investigative reports, videos, and pictures. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

c) To prepare for a change of plea hearing and sentencing, Counsel for defendant desires additional time to consult with his client, review the charges, conduct investigation and research, and review discovery.  The COVID-19 pandemic has and continues to make certain tasks, such as client meetings, meetings with the government, and case investigation more difficult and more time consuming.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 12, 2022 to February 13, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///

STIPULATION TO CONTINUE CHANGE OF PLEA HEARING    2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 8, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: December 8, 2022

/s/ David Torres
David Torres
Counsel for Defendant
Bandar Gamal Saleh Alnaggar (4)

IT IS SO ORDERED.

Dated:   December 8, 2022

UNITED STATES DISTRICT JUDGE