PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BANDAR GAMAL SALEH ALNAGGAR (4),<br><br>Defendant. | CASE NO. 1:18-CR-00135-ADA-BAM<br><br>STIPULATION TO CONTINUE CHANGE OF PLEA; ORDER<br><br>DATE: February 13, 2023<br>TIME: 8:30 a.m.<br>COURT: Hon. Ana de Alba |

This case is set for change of plea on February 13, 2023.

As set forth below, the parties now move, by stipulation, to continue the change of plea hearing from February 13, 2023 at 8:30 am to April 17, 2023, and exclude time under the Speedy Trial Act through April 17, 2023. While the parties have reached a tentative resolution of the case, defendant needs additional time to prepare for the change of plea hearing and conduct additional legal research.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for change of plea on February 13, 2023.

2. The government has recently proposed a revised plea offer to the Defendant. The parties believe they have reached a tentative resolution of the case, but defendant needs additional time to prepare for the change of plea hearing and conduct additional legal research. Defense counsel is

currently engaged in a homicide trial until approximately March 15, 2023, and needs additional time to adequately prepare for the change of plea hearing and to conduct legal research.

    3.        The parties agree and stipulate, and request that the Court find the following:

        a)        The undersigned government counsel substituted into this case in 2021 after prior government counsel left Federal service.

        b)        The government has represented that the discovery associated with this case includes numerous investigative reports, videos, and pictures. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        c)        To prepare for a change of plea hearing and sentencing, Counsel for defendant desires additional time to consult with his client, review the charges, conduct investigation and research, and review discovery.  The COVID-19 pandemic has and continues to make certain tasks, such as client meetings, meetings with the government, and case investigation more difficult and more time consuming.  Defense counsel is currently involved in a homicide trial until March 15, 2023.

        d)        Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        e)        The government does not object to the continuance.

        f)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        g)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 13, 2023 to April 17, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 7, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: February 7, 2023

/s/ David Torres
David Torres
Counsel for Defendant
Bandar Gamal Saleh Alnaggar (4)

IT IS SO ORDERED.

Dated:   February 9, 2023

UNITED STATES DISTRICT JUDGE