TORRES | TORRES STALLIONGS
A LAW CORPORATION
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
BANDAR GAMAL SALEH ALNAGGAR

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BANDAR GAMAL SALEH ALNAGGAR,<br><br>Defendants. | Case No. 1:18-CR-00135 ADA-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE THE SENTENCING DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANA de ALBA AND JEFFERY SPIVAK, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, BANDAR ALNAGGAR, by and through his attorney of record, DAVID A. TORRES, hereby requesting that the sentencing hearing currently set for Monday, August 7, 2023, be continued to Monday, September 11, 2023.

A presentence interview was conducted on Wednesday, May 4, 2023, between myself, Mr. Alnaggar, and USPO Megan Pascual. When the interview concluded, USPO Pascual informed me she had a prepaid vacation schedule during the summer and required additional time to gather all the necessary information to finalize the Pre-Sentence Investigation Report. I have communicated with AUSA Jefferey Spivak and he has no objection to continuing the sentencing date to September 11, 2023.

///

1

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: May 4, 2023       */s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
BANDAR ALNAGGAR


DATED: May 4, 2023       */s/ Jeffery Spivak*
JEFFERY SPIVAK
Assistant U.S. Attorney

## **ORDER**

**IT IS SO ORDERED** that the sentencing hearing currently set for August 7, 2023, be reset to September 11, 2023.

IT IS SO ORDERED.

Dated:   May 5, 2023                          _____
UNITED STATES DISTRICT JUDGE