1  TORRES | TORRES STALLINGS
2  A LAW CORPORATION
   David A. Torres, SBN135059
3  1318 K. Street
   Bakersfield, CA 93301
4  Tel: (661)326-0857
   Email: dtorres@lawtorres.com
5
6  Attorney for:
   BANDAR GAMAL SALEH ALNAGGAR
7
8                    UNITED STATES DISTRICT COURT
9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10

| UNITED STATES OF AMERICA, | Case No. 1:18-CR-00135 ADA-BAM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE THE SENTENCING DATE** |
| BANDAR GAMAL SALEH ALNAGGAR, | |
| Defendants. | |

17  TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANA de
18  ALBA AND JEFFERY SPIVAK, ASSISTANT UNITED STATES ATTORNEY:
19       **COMES NOW** Defendant, BANDAR ALNAGGAR, by and through his attorney of
20  record, DAVID A. TORRES, hereby requesting that the sentencing hearing currently set for
21  Tuesday, September 11, 2023, be continued to Monday, October 30, 2023.
22       Mr. Alnaggar has been in the process of obtaining citizenship for his two children who
23  currently reside in Yemen. He has met with U.S. Citizenship and Immigration Services and
24  completed all the necessary paperwork and procedures; his application has been approved. The
25  final step in this process includes the clearance of the medical examination and finally, the
26  children's passports will be taken to the embassy for final approval on September 11, 2023, the
27  day of sentencing. I have communicated with AUSA Jefferey Spivak and he has no objection to
28  continuing the sentencing date to October 30, 2023.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: August 29, 2023

*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
BANDAR ALNAGGAR

DATED: August 29, 2023

*/s/ Jeffery Spivak*
JEFFERY SPIVAK
Assistant U.S. Attorney

## **ORDER**

**IT IS SO ORDERED** that the sentencing hearing currently set for September 11, 2023, be continued to October 30, 2023.

IT IS SO ORDERED.

Dated:   August 30, 2023                       _____
                                               UNITED STATES DISTRICT JUDGE

2