1  TORRES | TORRES STALLINGS
   A LAW CORPORATION
2  David A. Torres, SBN135059
   1318 K. Street
3  Bakersfield, CA 93301
4  Tel: (661)326-0857
   Email: dtorres@lawtorres.com
5
6  Attorney for:
   BANDAR ALNAGGAR
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-CR-00135 ADA-BAM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE THE SENTENCING DATE** |
| BANDAR ALNAGGAR, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANA de ALBA AND JEFFERY SPIVAK, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, BANDAR ALNAGGAR, by and through his attorney of record, DAVID A. TORRES, hereby requesting that the sentencing hearing currently set for Monday, October 30, 2023, be continued to Monday, November 27, 2023.

Counsel was medically unavailable earlier this month and was unable to complete the sentencing memorandum in this matter. Therefore, we respectfully request this matter be continued to Monday, November 27, 2023. Mr. Alnaggar agrees to exclude time.

Counsel has communicated with AUSA Jefferey Spivak and he has no objection to continuing the sentencing date to November 27, 2023.

//

//

//

1

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: October 25, 2023

*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
BANDAR ALNAGGAR

DATED: October 25, 2023

*/s/Jeffery Spivak*
JEFFERY SPIVAK
Assistant U.S. Attorney

## **ORDER**

**IT IS SO ORDERED** that the sentencing hearing currently set for October 30, 2023, be continued to November 27, 2023.

IT IS SO ORDERED.

Dated:   October 26, 2023

UNITED STATES DISTRICT JUDGE

2