**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
BANDAR GAMAL SALEH ALNAGGAR

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>BANDAR GAMAL SALEH ALNAGGAR,<br><br>          Defendant | Case No.: 1:18-CR-00135-CRB-BAM<br><br>**REQUEST TO RECONVEY REAL PROPERTY** |

COMES NOW defendant, BANDAR GAMAL SALEH ALNAGGAR, by and through his counsel, David A. Torres, hereby requests that bond be exonerated in this matter and that real property posted as security for bail be reconveyed.

The following property was posted as security for bail for the full property bond at the Recorders Office of the County of Kern, State of California:

|  |  |
|---|---|
| APN: | 022-041-07-00 |
| Deed: | 218091478 |
| Date of Deed: | 07/20/2018 |
| Name of Trustor: | Saleh A. Alnajar |
| Payment Amount: | Full Equity |

///

///

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed on May 14, 2024, at Bakersfield, California.

                          Respectfully Submitted,

DATED: May 14, 2024           ***/s/ David A Torres***
                                     DAVID A. TORRES
                                     Attorney for Defendant
                                     Bandar Gamel SalehAlnaggar

**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
BANDAR GAMEL SALEH ALNAGGAR

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:18-CR-00135 CRB-BAM |
| Plaintiff, | **ORDER RECONVEYING PROPERTY** |
| vs. | |
| BANDAR CAMEL SALEH ALNAGGAR, | |
| Defendant | |

Upon request of the defendant, and good cause appearing,

**IT IS HEREBY** ORDERED that the property bond below posted as collateral be exonerated:

```
APN:              022-041-07-00
Deed:             218091478
Date of Deed:     07/20/2018
Name of Trustor:  Saleh A. Alnajar
Payment Amount:   Full Equity
```

IT IS SO ORDERED.

Dated:  **May 14, 2024**               /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE